UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARNOLD FLORES,

              Plaintiff,

   v.

CITY OF LAKEWOOD et al.,,

              Defendants.

CASE NO. 3:15-CV-05013-BHS-JRC

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, no objections to the Report and Recommendation having been made, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation on defendants' Motion to Dismiss (Dkt. 20). The motion is denied as moot for the reasons set forth in the Report and Recommendation.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. J. Richard Creatura

**DATED** 31st day of August, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1