1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARNOLD FLORES,

                    Plaintiff,

v.

CITY OF LAKEWOOD, et al.,

                    Defendants.

CASE NO. C15-5013 BHS-JRC

ORDER ADOPTING REPORT
AND RECOMMENDATION

13      This matter comes before the Court on the Report and Recommendation ("R&R")

14  of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 60. The Court

15  having considered the R&R and the remaining record, and no objections having been

16  filed, does hereby find and order as follows:

17      (1)     The R&R is **ADOPTED**.

18      (2)     For the reasons set forth in the Report and Recommendation, the Court

19  GRANTS the Pierce County defendants' motion to dismiss without leave to amend as to

20  plaintiff's claims of perjury, fraud on the court and the fabrication of evidence.

21

22

1         (3)    The Court GRANTS the Pierce County defendants' motion to dismiss with

2 leave to amend as to plaintiff's equal protection claim.

3         Dated this 9th day December, 2015.

 

                                          BENJAMIN H. SETTLE
                                          United States District Judge